

**HAMILTON|CLARKE** LLP.

PARTNERS
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.
Jason M. Clark, Esq.
William F. Guilford, Esq.

March 10, 2021

The Honorable Judge Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

*Re: United States v Alexandru Iordache, 1:19-cr-00651-LTS*

You Honor,

Mr. Iordache is scheduled to appear before Your Honor March 24, 2021 at 10:30am.

Mr. Iordache has recently accepted a plea offer made by the Government.

Defense Counsel respectfully request the pretrial conference be adjourned and a change-of-plea hearing be scheduled.

Defense Counsel consents the time from the filing of this letter through the date set for the plea hearing be excluded for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Government has consented to this request.

cc: AUSA Samuel P. Rothschild

Respectfully,

*Lance A. Clarke*

Lance A. Clarke, Esq.
Hamilton|Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
T: 212-729-0952   F: 646-779-0719
HamiltonClarkeLLP.com

The application is granted.  The conference is adjourned to April 21, 2021, at 10:30 a.m. for a change of plea hearing.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 21, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE #357 resolved.

SO ORDERED.
Dated: 3/10/2021
/s/ Laura Taylor Swain, USDJ