

PARTNERS
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.
Jason M. Clark, Esq.
William F. Guilford, Esq.

March 23, 2021

## MEMO ENDORSED

The Honorable Judge Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

 *Re: United States v Alexandru Iordache, 1:19-cr-00651-LTS*

You Honor,

Mr. Iordache is scheduled to appear before Your Honor on April 21, 2021 at 10:30am.

Defense counsel is also scheduled to appear before Judge Crotty on a multi-defendant matter on April 21, 2021 at 10:30am.

Defense Counsel respectfully request Mr. Iordache's plea hearing be adjourned to a later time, or a different date, convenient for The Court.

Defense Counsel consents the time from the filing of this letter through the date set for the plea hearing be excluded for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Government has consented to this request.

cc: AUSA Samuel P. Rothschild

Respectfully,

*Lance A. Clarke*

Lance A. Clarke, Esq.
Hamilton|Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
T: 212-729-0952  F: 646-779-0719
HamiltonClarkeLLP.com

The application is granted.  The conference is adjourned to April 23, 2021, at 12:00 p.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 23, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE# 549 resolved.

SO ORDERED.
Dated: 3/23/2021

/s/ Laura Taylor Swain, USDJ