UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                    :

UNITED STATES OF AMERICA
                                    :   CONSENT PRELIMINARY ORDER
      - v. -                              OF FORFEITURE/
                                    :   <u>MONEY JUDGMENT</u>
ALEXANDRU IORDACHE,
                                    :   S4 19 Cr. 651 (LTS)
      Defendant.
                                    :
------------------------------------ x

       WHEREAS, on or about February 20, 2020, ALEXANDRU IORDACHE (the "Defendant"), among others, was charged in five counts of an eight-count Superseding Indictment, S4 19 Cr. 651 (LTS) (the "Indictment"), with conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2) (Count One); conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Three); bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2 (Count Four); and access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(1), (b)(1), and 2 (Count Five);

       WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Four of the Indictment, seeking forfeiture to the United States of any and all property, constituting, or derived from, proceeds obtained directly or indirectly as a result of the offenses charged in Counts Two and Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two and Four of the Indictment that the defendant personally obtained;

2020.11.02

Case 1:19-cr-00651-LTS   Document 864   Filed 09/29/21   Page 2 of 4
Case 1:19-cr-00651-LTS   Document 840-1   Filed 09/22/21   Page 3 of 5

Page 2

WHEREAS, on or about April 30, 2021, the Defendant pled guilty to Count Two, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $389,429.78 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $389,429.78 in United States currency representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Samuel P. Rothschild, of counsel, and the Defendant, and his counsel, Lance A. Clarke, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $389,429.78 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant,

Case 1:19-cr-00651-LTS   Document 864   Filed 09/29/21   Page 3 of 4
Case 1:19-cr-00651-LTS   Document 840-1   Filed 09/22/21   Page 4 of 5

Page 3

ALEXANDRU IORDACHE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander

Case 1:19-cr-00651-LTS   Document 864   Filed 09/29/21   Page 4 of 4
Case 1:19-cr-00651-LTS   Document 840-1   Filed 09/22/21   Page 5 of 5

Page 4

J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: *Samuel P. Rothschild*     9/21/21
SAMUEL P. ROTHSCHILD     DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2504

ALEXANDRU IORDACHE

By: Lance A. Clarke for Alexandru Iordache     9/22/21
ALEXANDRU IORDACHE     DATE

By: *Lance A. Clarke*     9/22/21
LANCE A. CLARKE, ESQ.     DATE
Attorney for Defendant
Hamilton|Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005

SO ORDERED:

_____     9/29/21
HONORABLE LAURA TAYLOR SWAIN     DATE
CHIEF UNITED STATES DISTRICT JUDGE

2020.11.02